## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

| | |
|---|---|
| **MEGAN ROSE** | **CASE NO. 3:23-CV-00865** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **CITY OF MONROE** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

### JUDGMENT

The Report and Recommendation [Doc. No. 47] of the Magistrate Judge having been considered, together with the written objections [Doc. No. 49] thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant's motion to dismiss [Doc. No. 26] is **GRANTED IN PART** and **DEFERRED IN PART**, that all official-capacity claims against Defendant Ray Spoon are **DISMISSED WITH PREJUDICE**, all claims under 42 U.S.C. § 1983 against Defendant City of West Monroe are **DISMISSED WITH PREJUDICE**, and ruling on the motion as it pertains to the remaining claims against Defendant Ray Spoon is **DEFERRED** until resolution of the criminal proceedings against Plaintiff Megan Rose.

**IT IS FURTHER ORDERED** that the claims against Defendants Monroe Police Department, Police Department of West Monroe, Metro Narcotics Unit, and Ouachita Parish Sheriff's Office are **DISMISSED WITH PREJUDICE**.

MONROE, LOUISIANA, this 29th day of April 2024.

                                                  Terry A. Doughty
                                           United States District Judge