**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

**MEGAN ROSE**                                **CASE NO.  3:23-CV-00865**

**VERSUS**                                     **JUDGE TERRY A. DOUGHTY**

**CITY OF MONROE**                             **MAG. JUDGE KAYLA D. MCCLUSKY**

**JUDGMENT**

Considering the Report and Recommendation of the Magistrate Judge [Doc. No. 69], together with Defendants Ray Spoon ("Spoon"), Megan Russell ("Russell"), and Plaintiff Megan Rose's ("Plaintiff")  written objections [Doc. Nos. 70, 71, 73] and Plaintiff's Response [Doc. No. 72] thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED**, **ADJUDGED**, **AND DECREED** that the Motion to Dismiss [Doc. No. 26] is **GRANTED IN PART AND DENIED IN PART.**

**IT IS FURTHER ORDERED**, **ADJUDGED**, **AND DECREED** that the Motion to Dismiss [Doc. No. 26] is **GRANTED** as to the § 1983 claims against Spoon in his individual capacity, and those claims are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that Spoon's Motion to Dismiss is **DENIED** as to the state law claims against Spoon.

**IT IS FURTHER ORDERED**, **ADJUDGED**, **AND DECREED** that the § 1983 claims against Russell in her individual capacity are **DISMISSED WITH PREJUDICE.**

MONROE, LOUISIANA, this 21st day of July 2026.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE